UNITED STATES of America v. H. G. CARSON, Administrator of the Estate of Walker Blaine, Deceased, et al.

No. 1774.

Circuit Court of Appeals, Tenth Circuit.

Sept. 7, 1938.

Whit Y. Mauzy, U. S. Atty., of Tulsa, Okl.

R. A. Barney, of Pawhuska, Okl. for appellees.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal, 19 F.Supp. 616, dismissed on motion of appellant.

UNITED STATES of America v. CITIZENS NATIONAL TRUST & SAVINGS BANK OF LOS ANGELES, Executor of the Estate of Amanda Clark, Deceased.

No. 8958.

Circuit Court of Appeals, Ninth Circuit.

Aug. 29, 1938.

Ben Harrison, U. S. Atty., of Los Angeles, Cal.

Irving Graff, of Los Angeles, Cal., for appellee.

Before WILBUR, DENMAN, and MATHEWS, Circuit Judges.

PER CURIAM.

Upon consideration of the stipulation of counsel for respective parties, and good cause therefor appearing, ordered appeal herein dismissed, that a judgment of dismissal be filed and entered accordingly, and that the mandate of this court herein issue forthwith.

UNITED STATES of America v. GRAND CENTRAL PUBLIC MARKET, Inc.

No. 8954.

Circuit Court of Appeals, Ninth Circuit.

Aug. 29, 1938.

Ben Harrison, U. S. Atty., of Los Angeles, Cal.

Clark J. Milliron, of Los Angeles, Cal., for appellee.

Before WILBUR, DENMAN, and MATHEWS, Circuit Judges.

PER CURIAM.

Upon consideration of the stipulation of counsel for respective parties, and good cause therefor appearing, ordered appeal herein, 22 F.Supp. 119, dismissed, that a judgment of dismissal be filed and entered accordingly, and that the mandate of this court herein issue forthwith.

WEST MISSOURI POWER COMPANY v. The CITY OF HOISINGTON, KANSAS, et al.

No. 1681.

Circuit Court of Appeals, Tenth Circuit.

Aug. 15, 1938.

Patterson, Chastain, Graves & Smith, of Kansas City, Mo., for appellant.

Bowersock, Fizzel & Rhodes, of Kansas City, Mo., for appellees.

Before LEWIS and BRATTON, Circuit Judges.

PER CURIAM.

Appeal dismissed on application of appellant at appellant's costs.